IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 26 MOC WCM

| | |
|---|---|
| DAVID BROWDER and LUCILLE BROWDER, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM FIRE AND CASUALTY COMPANY, <br><br> Defendant. | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 13) filed by Edward L. Bleynat, Jr. The Motion indicates that Mr. Bleynat, a member in good standing of the Bar of this Court, is local counsel for Plaintiffs and that he seeks the admission of Michael Holland Ellis, who the Motion represents as being a member in good standing of the Bar of the State of South Carolina. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 13) and **ADMITS** Michael Holland Ellis to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: June 15, 2020

*/s/ W. Carleton Metcalf*

W. Carleton Metcalf
United States Magistrate Judge