UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-CV-26-MOC-WCM

| | |
|---|---|
| DAVID BROWDER and LUCILLE BROWDER, | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court its own motion following discussions with counsel during the Court's docket call on December 6, 2021. For the reasons given by Plaintiff in court, and upon agreement by the parties, the trial in this matter shall be continued to the next Asheville civil term.

**IT IS SO ORDERED**.

Signed: December 6, 2021

Max O. Cogburn Jr.
United States District Judge