IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 26 MOC WCM

| | | |
|---|---|---|
| DAVID BROWDER and LUCILLE BROWDER, | ) ) ) | ORDER |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

This matter is before the undersigned for case management purposes.

On November 30, 2021, Alexander W. Tesoriero was admitted to practice *pro hac vice* before the Court in this matter while associated with local counsel. Doc. 89. That same day, Mr. Tesoriero was informed that pursuant to Local Rule 83.1, he was required to register for e-filing access or link an existing account. Mr. Tesoriero was again informed of this requirement on December 15, 2021. However, the records of the Clerk's office indicate that Mr. Tesoriero has failed to comply.

*Pro hac vice* admissions are discretionary. Additionally, in seeking *pro hac vice* admission before this Court, Mr. Tesoriero agreed to be subject to the Orders of the Western District of North Carolina, including the Local Rules. See Doc. 85.

Accordingly, Alexander W. Tesoriero is **DIRECTED** to register for e-filing access or link an existing account on or before **January 10, 2022**. Mr. Tesoriero is **ADVISED** that failure to do so may result in the revocation of his *pro hac vice* admission in this matter.

It is so ordered.

Signed: January 4, 2022

W. Carleton Metcalf
United States Magistrate Judge