# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### 1:20 CV 26 MOC WCM

| | | |
|---|---|---|
| DAVID BROWDER and<br>LUCILLE BROWDER, | ) | |
| | ) | |
| | ) | **ORDER** |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| STATE FARM FIRE AND<br>CASUALTY COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On November 30, 2021, Alexander W. Tesoriero was admitted to practice

*pro hac vice* before the Court in this matter while associated with local counsel.

Doc. 89. That same day, Mr. Tesoriero was informed that, pursuant to Local

Rule 83.1, he was required to register for e-filing access or link an existing

account. Mr. Tesoriero was again informed of this requirement on December

15, 2021.

Mr. Tesoriero failed to comply, and therefore, on January 4, 2022, the

undersigned entered an order directing him to register for e-filing access or

link an existing account on or before January 10, 2022. See Doc. 102 ("January

4 Order"). Mr. Tesoriero was also advised that failure to do so may result in

the revocation of his *pro hac vice* admission. Id.

Mr. Tesoriero has not complied with the January 4 Order, and otherwise

has not made any filings explaining why he has not done so.

**IT IS THEREFORE ORDERED** that Alexander W. Tesoriero's admission

to practice *pro hac vice* before the Court in this matter is **REVOKED**.

Signed: January 18, 2022

W. Carleton Metcalf
United States Magistrate Judge