UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-CV-26-MOC-WCM

| | |
|---|---|
| DAVID BROWDER and LUCILLE BROWDER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| STATE FARM FIRE AND CASUALTY ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court its own motion. The Court held a jury trial in this matter during the week of February 10, 2022. The Court ruled in open court on all pending motions. Therefore, the Clerk shall terminate the following pending motions in this matter: Doc. Nos. 67, 76-83, 104, 108-109.

**IT IS SO ORDERED**.

Signed: March 10, 2022

Max O. Cogburn Jr
United States District Judge

1