UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:20-cv-00026-MOC-WCM

| | |
|---|---|
| **LUCILLE BROWDER** <br> **DAVID BROWDER,** <br><br> Plaintiff(s), <br><br> Vs. <br><br> **STATE FARM FIRE AND CASUALTY COMPANY** <br> **STATE FARM INSURANCE,** <br><br> Defendant(s). | **JUDGMENT** |

**THIS MATTER** having come before the Court for trial, and the jury having returned its Verdict, and consistent with such Verdict,

**IT IS, THEREFORE ORDERED, ADJUDGED, and DECREED** that **JUDGMENT** is **ENTERED** in favor of Defendant and against Plaintiffs providing that Plaintiffs have and take nothing of Defendant and this action is **DISMISSED WITH PREJUDICE**.

Signed: March 25, 2022

Max O. Cogburn Jr
United States District Judge